**Order entered October 19, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00567-CR
### No. 05-16-00568-CR

**DARRIUS DEMANS MOSLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-53873-M & F12-59600-M**

## ORDER

The Court **REINSTATES** the appeals.

On August 16, 2016, we ordered the trial court to make findings regarding why the appellant's brief had not been filed. We **ADOPT** the October 11, 2016 findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and has retained counsel Lawrence Mitchell who has not abandoned the appeal; (3) counsel's back surgery prevented him from working for a period of time; and (4) counsel requests sixty days in which to complete appellant's brief. We **ORDER** appellant to file his brief no later than December 19, 2016.

/s/    ADA BROWN
           JUSTICE